STEPHENS, J.
I concur.
On May 25, 1976, defense counsel “indicated” to the court that defendant desired a hearing on a section 1538.5 motion and June 18, 1976, was set for that proceeding. The written rule of court in part reads: “4. At the time of arraignment and prior to pre-trial, counsel shall indicate to the court his intention to file a motion under this section [1538.5] and secure from the court a date and time for a hearing.” Counsel complied with this portion of the rule, but failed to comply with the additional requirements of 10 days written notice to the district attorney and specificity of grounds.
*822 Based on these facts, I conclude that defense counsel was aware of the rule but after analysis he determined not to proceed with such a motion. That determination is a tactical one and no error results.
The court and district attorney were entitled to rely upon the apparent abandonment of the “indicated” motion.